IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. HUHN and<br>WILLIAM D. HUHN f/o/b/o<br>WILLIAM D. HUHN, IRA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN J. RIGAS, TIMOTHY J. RIGAS,<br>JAMES P. RIGAS, MICHAEL J. RIGAS,<br>PERRY S. PATTERSON, PETE J. METROS,<br>DENNIS P. COYLE, LESLIE J. GELBER,<br>PETER L. VENETIS, DANIEL R. MILLARD,<br>ERLAND E. KAILBOURNE,<br>DELOITTE & TOUCHE LLP,<br>SALOMON SMITH BARNEY, INC., and<br>BANC OF AMERICA SECURITIES LLC,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 02-CV-4334<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

　　　　Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Alan J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　William A. Slaughter
　　　　　　　　　　　　　　　　　　　　　　　　Joel E. Tasca
　　　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR ANDREWS & INGERSOLL, LLP
　　　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　　　(215) 864-8230/8114/8188
　　　　　　　　　　　　　　　　　　　　　　　(215) 864-8999 (fax)

Date:  July 17, 2002

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

    Denise Davis Schwartzman, Esquire
    CHIMICLES & TIKELLIS LLP
    361 West Lancaster Avenue
    Haverford, PA 19041

                                              _____
                                              Joel E. Tasca