IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


William D. Huhn                          :

                                         :

        vs.                              :          CIVIL ACTION NO. 02-4334

                                         :

John J. Rigas et al.                     :

## ORDER

        **AND NOW,** this    day of September , 2002, the court having been
previously advised that the above action cannot proceed to trial and
disposition because of the following reason:

    [X]    -    Order staying these proceedings pending disposition of a
               related action.

    []     -    Order staying these proceedings pending determination of
               arbitration proceedings.

    []     -    Interlocutory appeal filed

    [X]    -    Other: Bankruptcy and Criminal Proceedings have been filed
               in the Southern District of New York, under the following
               numbers: Bky Numbers 02-41729,02-08051, 02-08074 and
               Criminal Number 02-M-1438-1,2,3,4,5.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical
purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the
case be restored to the trial docket when the action is in a status so that it
may proceed to final disposition; this order shall not prejudice the rights of
the parties to this litigation.


                                    **BY THE COURT:**


                            _____
                              HERBERT J. HUTTON,        J.


Civ. 13 (8/80)